Commonwealth ex rel. Cohen, Appellant, *v.*
Cohen.

Argued June 8,

1964.   *Herbert H. Hadra,* with him *Maurice Freedman* and *Robert H. Arronson,* for appellant; *David H. Kubert,* for appellee.

Order affirmed.